

RECEIVED
IN MONROE, LA.
JUN 2 1 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| DOUGLAS JAMISON<br>LA. DOC # 480004 | CIVIL ACTION NO. 3:10-cv-1923 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| WARDEN JONES, ET AL. | MAG. JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Rights Complaint be **DISMISSED** in accordance with the provisions of FRCP Rule 41(b) and Rule 41.3 of the United States District Court for the Western District of Louisiana, **AND** for the additional reason that his complaint is **MOOT**.

MONROE, LOUISIANA, this 21 day of June, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE